No. 87–50. Roe I et al. v. Abortion Abolition Society et al. C. A. 5th Cir. Certiorari denied.

No. 87–52. Merrell v. Thomas, Administrator, Environmental Protection Agency, et al. C. A. 9th Cir. Certiorari denied.

No. 87–53. Kriletich v. Commission on Judicial Performance et al. C. A. 9th Cir. Certiorari denied.

No. 87–54. Martin, aka Marcus v. United States. C. A. 4th Cir. Certiorari denied.

No. 87–55. Transcoast Navigation, Ltd., et al. v. Amerada Hess Corp. et al. C. A. 4th Cir. Certiorari denied.

No. 87–58. Covington v. Southern Illinois University. C. A. 7th Cir. Certiorari denied.

No. 87–63. Northeastern Pharmaceutical & Chemical Co. et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 87–64. Neher v. Missouri. Ct. App. Mo., Western Dist. Certiorari denied.

No. 87–66. Berkman v. City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 87–67. James, Superintendent, Women's Correctional Institution at Hardwick, Georgia v. Wisecup. C. A. 11th Cir. Certiorari denied.

No. 87–71. Jacoway v. Anderson et al. C. A. 8th Cir. Certiorari denied.

No. 87–72. Rutledge v. Rutledge. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 87–73. Nichols et al. v. Rysavy et al. C. A. 8th Cir. Certiorari denied.